AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:18mj28 GRJ | Date and time warrant executed: 3/23/2018 at 1:30pm | Copy of warrant and inventory left with: items in ASO evidence storage |
| Inventory made in the presence of : ASO Detective Billy Patten, Det. Lance Yaeger, & FBI SA Bradley T. Dando | | |

Inventory of the property taken and name of any person(s) seized:

Data extraction from Samsung Galaxy S8
Data extraction from Samsung 6S Edge
Data extraction from Garmin nuvi 2689LMT unit.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/8/18

_____
Executing officer's signature

Bradley T. Dando
Printed name and title